IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40073
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

PABLO CUELLAR VALDEZ,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-90-CR-50-1
- - - - - - - - - - -
August 14, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Pablo Cuellar Valdez has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Our independent review of the brief and the record discloses no
nonfrivolous issue.  Accordingly, counsel is excused from further
responsibilities herein and the APPEAL IS DISMISSED.  See 5th
Cir. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.